■ In the Matter of the Claim of MAUDE M. WILSON, Respondent, v. CHARLES D. CAMPBELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for an appointment of an attorney and counselor at law to represent claimant-respondent on an appeal from a decision of the Appeal Board granted; and Donald L. Slater, Esq., of Cortland assigned for that purpose (Labor Law, § 538). Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.